U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 28 2025
CLERK, U.S. DISTRICT COURT
By ____ Deputy
WB

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

Dallas Division

Case No. 3-25CV0764-X

*(to be filled in by the Clerk's Office)*

______________________________

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Thomas Dexter Jakes Sr.

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)* [X] Yes [ ] No

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Janis L Dunbar |
| Street Address | 19 Edgar St |
| City and County | New Haven |
| State and Zip Code | Connecticut 06519 |
| Telephone Number | 203-534-4758 |
| E-mail Address | dunbarjanice45@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Thomas Dexter Jakes Sr |
| Job or Title *(if known)* | Senior Pastor of the Potters House |
| Street Address | 6777 W Kiest BLVD |
| City and County | DALLAS |
| State and Zip Code | TEXAS 75236 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | SARA JAKES ROBERTS |
| Job or Title *(if known)* | Asst Pastor of the Potters House |
| Street Address | 6777 W KIEST BLVD |
| City and County | DALLAS |
| State and Zip Code | TEXAS 75236 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. I am suing T.D Jakes because he failed to help me being harmed by Curtis Jackson 50 Cent instead he talked about me with Tyler Perry and Oprah Winfrey who are being sued to.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* __________, is a citizen of the State of *(name)* __________.

b. If the plaintiff is a corporation

The plaintiff, *(name)* __________, is incorporated under the laws of the State of *(name)* __________, and has its principal place of business in the State of *(name)* __________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* __________, is a citizen of the State of *(name)* __________. Or is a citizen of *(foreign nation)* __________.

b. If the defendant is a corporation

The defendant, *(name)* Thomas Dexter Jakes Sr is incorporated under the laws of the State of *(name)* Dallas, Texas, and has its principal place of business in the State of *(name)* The Potters House. Or is incorporated under the laws of *(foreign nation)* ______, and has its principal place of business in *(name)* Dallas Texas.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Thomes Dexter Jakes doesn't believe what he preaches. I did a Prophecy and he treated me like it was alie. Defamation of Character Emotion/mental Distress 20,000,000

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

T.D Jakes along with Tyler Perry and Oprah Winfrey have been protecting my stalker Curtis James Jackson this whole time they are being sued also in Different State

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am somebody they all treated me like a nobody for Curtis James Jackson he got the 10 page letter and did nothing. They say Thus Saith the Lord all the time but didn't believe me. My book must be read before he Responds

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Feb 27 2025

Signature of Plaintiff Janis L Dunbar

Printed Name of Plaintiff Janis L Dunbar

### B. For Attorneys

Date of signing: ______

Signature of Attorney ______

Printed Name of Attorney ______

Bar Number ______

Name of Law Firm ______

Street Address ______

State and Zip Code ______

Telephone Number ______

E-mail Address ______

I had already went to the FBI she got a car




Michael Panucci said Remember these names Daphne Joy, 50 Cent and Jamire Haines she's a witch. This was 25 years ago I had to wait for her to grow up. Their going to steal $600 from you. She got a brand new car two years later he brought her out.




This picture was sent while stealing [illegible] said [illegible] [illegible] She said [illegible] I don't take pictures like this everyday

NOV 4 2017

April 14 2024

Dear Jeffrey Hirsch,

50 Cent has been lying to you for 7 years. He did not meet Jamira Haines in 2019 they were on my house phone in 2017. She was calling my house phone for 2 months. Only at night 3 of those days she chanted die. I saw you had them in your home on his birthday. That cake she slid to him on his birthday was just for you she's a Practicing Witch.

50 Cent is Mentally Challenged lead paint disease from 1978 he's the same age as my sister. He doesn't know Right from wrong. He thinks its ok for his GF Jamira Haines to catfish me, him and Tyler Perry constantly since my house phone. The whole cast of Power and BMF know about me. Courtney Kemp put my words in Omari Hardwick mouth, "You lost danger"

The title of my book is I want your rainbow bitch. It's been out since 2021. Jamira Haines was Best Buy #355 48 she has the stolen T.V as Curtis James Jackson for an African Orphanage. I went to 548 Erie St Camden, NJ his mothers address

I contacted the FBI I hope they visit you soon Hacker, I'm tired of them bothering me online for a book they made happen. Now I'm waiting for my book to be read. Janiree Haines is crazy just like him those outbursts are his illness you hang around them long enough you act like them. I suggest you go get blessed.

This whole time so cont thought you had my book and didn't care. Running around calling me crazy my whole life in school A student. You needed to know that they have been playing you the whole entire time. Sad his illness a habitual liar.

Sincerely
Janis L. Dunbar

P.S. He's not suppose to drink or do drugs not his choice and he's NOT supposed to have children brain damage no cure. Tell him to give you a tube of blood to prove I'm lying :)

Nov 1, 2019

To House Speaker: Nancy Pelosi
and N.Y Post Page 6

I am writing you asking for help. I saw Curtis 50 Cent Jackson with you. It's about him. My name is Janis Dunbar I am 52 and from CT. The reason for this letter is because I am being Stalked by his Son Sire Mother Daphne Joy. It's close to 4 years now. And he knows all about it. I started sending him prayer on Myspace way before her. I didn't know he was actually reading me all these years.

Why I picked him Only the Man Upstairs. She found me looking at cute comments FB. Shout out to Janice Turner (shes called my phone asking for that name my last is Dunbar my husband never changed. She found me and blocked him unblock twice.

I'm gonna start this true story from Sept 23, 2017 where I almost took my Life, a bad marriage and him. He know the entire time readings and did nothing knew my address and phone number. He did not call for help. He was excepting an award with Sylvester Stallone. You can call him to confirm.

Curtis face all broke up a photo up here thinking I was dead. Another him looking like he died too fell over in his chair hearing my last recording. "I can't hold my eyes open anymore and past out."

That day was a fashion show here my stuff in it with a guy that hung out with her Daphne Joy in New York City. I found out after what a looser. There is a tribute to me on one of his pages G-Unit Soldiers the Band Outstanding him rapping. Drake is there saying, Sorry for you loss that was hard write about it and keep your head up smh. I saw it alive. Mixed feelings about that because he told my business.

After Daphne Joy catfished my picture saying I hope you get gang raped as a man blowing smoke out his mouth he knows about it all. I made my pages private had to make new the first one she wiped Curtis completely off a hacker in messenger Iphones trash I have a Android how it fights back with my help. I erased people I didnt actually know but I forgot the password format but still remember the

the password. Made my record just my funniest Sheredds. She loves to Catfish she has two strange addictions Stalking me and Catfishing.

She been up here taunting me with Stars she started with Him first. Theres a conversation on my Face messenger me and her as him. He didnt know who it was of course until I busted her. I'm going to find out who this is. It's someone in your circle.

She asked me for $1,000 as him for an African Orphanage I gave her $300 the way she asked No Gift Cards. All on my phone shes so stupid months later she went back and erased her side mines still there sending her picture of the card back and front. She asked me was I crazy No she is. Dont you have a rich husband to me trying to get more money as 50 Cent! She bought a pocket book and a small flat screen tv. He was in Puerto Rico filming 50 Central I said Curtis you need to take you a seat its Daphne I said Hi Daphne she said Who Daphne She ran after. I still had that medication my system and he did nothing!

I left that sorry husband a therapist said its imperative that you leave you have no support system. I was in Georgia for 7 months healing my broken heart. She stalked me day and night every day. Begging Curtis please help me. He went on with his life like it was nothing. Catfishing me stars money pages as Friend Request. Snap I left a comment your turn. 5 mins a money page him getting his star. I tagged him and her see Curtis told you she on all of your pages as a Catfish. I money pages are all Phillipine faces before they morph into a star.

Called Califnia P.D go to your local Police Dept and they will contact L.S. I have a police report waited till I got back to D.T. I went Nov 2018. She still continued. Next FBI here Nov 23, 2018 Curtis had she I guess for thanksgiving or that FBI visit. The person interviewing me said. She needs a new hobby. Both times showing them my phone. We do have FBI for this but not this branch. We are for Big Drug Cases. She's camouflaging herself with them he said. Gave me a site to share IC3.GOV for money stolen

from his fans if they get @ they'll go after her I'm going to write a report.

Women was threatening him on his Official Blue Check page. She makes those a fake blue check him with one in my phone. I hope you die she said another you know what you did Curtis sending them to him look shes robbing people go you. I told you shes stealing they ask the Credit Card #'s to receive the money and that African Orphanage. She did a fake contest. Curtis sending in my Email 50cent and G Unit Concert free flight to Concert and tickets for 2. I put everything but my card info. You didn't finish your info to me to receive your gift. You mean your Gift be kind so Curtis had to make an announcement finally saw a another Concert. Saying that my fans are being treated like this. ALL HER! Guy said, "Dammit I just spent $300. Shes Crazy!"

I begged him to help this entire time. I contacted ATTY Lisa Bloom by letter California. She so wrong She contacted her instead of me. I knew when she called Daphne Joy getting hacked talking to her she picked the phone

Right up. Hello this is Janis Dunbar did you get my letter yes not interested well shes hacking my phone Right now you called her instead of me. She was silent on the phone. Then I reached out to her mother Gloria Aldridge they discussed that letter. I got no help so I'm coming to you Right after that same day Daphne Joy came on 50 Daily her own page telling me to STFU B.... ask Curtis.

She stalks me by my green light on Facebook. the difference in time She told me as 50 to stop putting Emojis on my page. Really this is over Emojis. I responded Curtis like my Emojis. But she was already doing the money pages mad did not mind showing me to show him. She makes pages of him to like my comments. Told him when they were made some older some in minutes blocking she had to make new each time. She's stalking Shemar Moore also. Constantly

I told him you went for Starz I'm coming for Me and Starz. It's hard to write this because it's him and her. His sons Mom. Why protect her.

Look Curtis your Phillipino sending him the face thats supposed to be him. Purchasing new mopeds holding their

money currency in photos but the top of the page he's giving away money. I'm worn out behind this a lot of crying because nobody is helping. The Entire G Unit, Power Cast and anyone close to him to the maids know who I am. This Daphne Joy person is Crazy stalking a person she doesnt know. Living good throwing child support away every month all month long to a hacker.

The List is the reason he didn't attend Tyler Perry Grand opening not what he had to do throwing dollars at strippers he was embarrass. Everyone on the List there. Pls help Madame Pelosi. She tried to drive me crazy with her crazy over 3 years. Stalked. I went to a Lawyer here he didnt believe me because its him.

Ask Curtis about this pls he can't say its not true. Before I show you the List. I can tell him whats shes gonna do 4 he difference in time. My Devotional to God 4am she catfishes me him or Shemar Moore. I send all to him. He's changed alot because of the friends first. Help your son nevermind me to him. Phone Forensics put her away.

Steve Harvey had Tyler Perry on his show Judge Mathis shaked I said when is he gonna address all these money pages. It started her a Catfish as Tyler Perry liking my comments with hearts I said Curtis hes giving me hearts it was her then the pages exploded up here. Judge Mathis I know who it is. He said How true is this? I said its True Brother. Tyler Perry came on Live I'ts not me I have a team trying to get them down they keep coming me getting friend requests. If I accepted anyone that hacker was on my page.

I sent a Email to Dr Phil guess what he told her hacked. Then Mr Jackson appeared at OWN with Slee. He shut it down. So later for him and her Oprah is on that List.

She took over my page a hacker I couldnt use but she could shaking me I'm watching. I had to send my I.D and wait 30 days they watched her shake me and got the hacker October. Your Pretty so you became me. All these Rich people why hide it? For 50! While Janis Dunbar doesnt get heard behind this weirdo girl!

# MONEY PAGES FRIEND REQUESTS

1 Curtis (50 Cent) 33 Comedian Schuler King
2 Tyler Perry 34 Jeremy Halloway
3 Oprah Winfrey 35 Darrell Fleet
4 Ellen Degeneres 36 Lonnie Bee
5 Kevin Hart 37 Morris Chestnut (No Social Media
6 Jay Z 38 Charles Reeves (Keanu)
7 Riahna 39 Jason Statheum
8 Chris Brown 40 ICE CUBE
9 Steve Harvey 41 Emenim
10 Bishop T.D Jakes 42 Snoop
11 Noel Jones 43 MYSELF (Hacked Page)
12 Steve Furnick 44 NINO Brown (a FAKER)
13 Joyce Meyers * She stalking what I follow
14 Dwayn (THE Rock) Johnson as a Catfish
15 Sherman Moore (Stalked) She's alot of people
*16 sent me (Derek Morgan) just made Drs Surgeons
17 Monica Brown High Ranking Military
18 Tanala Mann She Did FB To me
19 Marcus Gill a lady that work there
20 Trent Shelton To Much Time Being
21 Taraji P Henson Other People Stalking
22 Usher (AFTER SHE DID) Me!
23 Floyd Mayweather HERPES
24 Joel Olsteen
25 Joyce Meyers
26 Power Starz (to like my comment)
27 Gospel singer Ms Campbell
28 T.I. and pages Tip (Dont FOLLOW)
29 Rick Ross (Dont Follow)
30 Rickey Smiley
31 Travis Scott (Dont Follow him)
32 Plies #45 Michael Todd
ALMOST FORGOT #46 #47 [illegible]

I need you help this is all true. Shes using Throw Away phones also. She sent me a Catfish twice I guess he told her. She put a white guys chest saying You Dumb Black B.... Came back before he went on a talk show aired at 11:35 at 11:34. You Stupid Ignorant Black B.... She thinks She'll get away with this Forever. Your Top Government help out me and all these Stars.

Thank You & Sincerely
Greatful
Janis Dunbar
203-361-7034

Subscribed + sworn to before me this 1st day of Nov, 2019.

Donna A. Baia
Notary Public
Comm. Exp 6/30/22

Sept 10, 2021

Dear Nancy Pelosi,

It Janis Dunbar again

I had to write you again because I found out where the T.V went to. I went to 548 Erie St in Camden New Jersey I had to wait to see who she was Remember this happened in 2017. I didn't tell you about then because I didn't know who she was she didn't show her until 2019 I wrote a book she was stalking me on my landline phone for two months calling me over and over she even [illegible] me to me for 3 days straight I did a police Report she [illegible] for a brand new Best Buy [illegible] just for her 7 days as Justis Janae [illegible] talking to me in my messenger when I got the [illegible] she said, "Give me the numbers bitch", as him. The [illegible] has the T.V. 548 Erie St Camden New Jersey.

Yesterday I told Mark Zuckerberg to let him know [illegible] stealing to get a book. He said, "[illegible] are you [illegible]" I have been sharing my book [illegible] on TikTok there [illegible] that [illegible] Haines to me "I'm going to [illegible] My father the [illegible] of my autobiography [illegible]

[illegible]

[illegible]

Mentally Challenged
I'm pretty sure
Curtis James Jackson III
aka 50 Cent has Lead
Paint Disease from 1973
He's the same age as
my sister. He's the same.
My father said you
mean my daughter ( )
can't think straight
don't know right from wrong.
She was in the [illegible]
for months [illegible]
[illegible] 3 [illegible] , He
doesn't think it's wrong
what he did to me.

[redacted]

kidding me Rotfl 😂

Not me

You sending it to Africa




Not me either

You send it in my name lol 😆

Q W E R T Y U I O P

Feb 26 2025

I feel that I need to write a letter about Ms OPRAH Winfrey. She's affiliated with alot of people being sued. OPRAH Winfrey put up every body book but mines and had the nerve to be following me. I'm also suing because they let 50 Cent somebody mentally challenged lie on me and didn't investigate. Her friend all of them protected 50 Cent theres a picture of Curtis Jackson Gayle King and Sire Jackson that same day at own I misplaced in my phone. I'm suing Tyler Perry and T.D Jakes that 10 page letter and a free book and they did what I didn't expect. Because of my book, Oprah Winfrey and Tyler Perry put up a sponsor the Two Miracles calling themselves teasing me. Well you said its a Prophecy if it's going to happen it'll happen. and they made it happen.

Janis Dunbar

P.S Dr Phil on t.v. Did somebody slip and write stupid on my fore head? Yes 50 Cent did. How that working out for you his words. They believed 50 Cent calling me crazy heis.

Feb 27 2025

I used to attend T D Jakes lives on my cellphone services and also Bible Studies. I had already sent him the 10 page letter. While is the lives he would talk about witches and warlocks and pleading the blood of Jesus. While I told him a witch was bothering me. It turned out to be the rapper 50 Cent gf Jamira Haines. I also told him that they were catfishing me friend requests of him along with his friends Fast Forward 2021 a True Story Book.

I was on Tyler Perry, The Potters house and Oprah Winfrey for 3 years I watched them watch me be stalked and they didn't say a word. T. D Jakes said you talked to my friend like a dog a sunday service. I was blocked. My friend dont care what you look like. He was talking about Tyler Perry.

I found out that Tyler Perry and Oprah Winfrey were following me watching me complain about 50 Cent and him stalking me. Mentally challenged Curtis Jackson saw Tyler Perry following and went to his studio knowing a free book. So now Tyler Perry is entertaining my stalker. I feel violated I'm not a circus attraction. They reminded me of that note that was left on my

desk you can have anybody in here male or female sitting on me like that. I AM SOMEBODY! I AM NOT A FREAK. I HAVE A FAMILY CHILDREN AND GRANDCHILDREN!

50 violated my PRIVACY and I want to be compensated by all 50 people sued

Sincerely
Janis Dunbar

P.S Sarah Jakes sucked her teeth in the microphone Wedsday night bible study because her husband said my answer. I don't put myself through their services anymore. Tyler Perry let me get catfished me him for years and years and years and years that why I want him arrested. God is not in him a prophecy he grabbed the bad guy. On the internet praying for T.D Jakes speaking in Tongues. They all said well if it's a prophecy it'll happen.

TD JAKES MOVIE BAD COMPANY INFLUENCES BAD CHARACTER

* GREED SEVEN DEADLY SINS STORY

THEY DON'T PRACTICE WHAT THEY PREACH.


VOICE BOX
BITCH

To Whom it May Concern:
My name is Janis Dunbar
I am 56 years old disabled
from New Haven, Ct. On March
18 I was in Camden N.J Police
department making a Report against
my tormentor for 7 long years.
I was told that a dectective
would be calling me and I haven't
heard from one yet.
Jamira Haines has been my
stalker for 7 long years I got
her Removed from Rutgers University
and fired from her job at Camden
County Courthouse I want her
arrested. She will not stop bothering
me catfishing me her famous boyfriend.
She's stealing online as him
and apparently they still are.
On April 5 a woman said I hate
him I hope he dies. She owes
Best Buy credit card $355.48 a
T.V to 548 Erie St Camden N.J
I'm black they are stealing
from White people saying African
Orphanage as Curtis James Jackson
that how they got me. Do you have
an investigator that can Read a book?
The title is Jamira Haines on my
house phone for 2 months 3 of those
days she chanted die. Their saying

She actually thinks there's nothing wrong with what she's doing taking Oaths to be a lawyer while bothering me that disease a Dr you hang around them long enough you act like them. I feel sorry for her she's doing what he lets her do. Why do I have to keep going through this because he's famous he's a nut just like my sister and her children that their not supposed to have.

Sincerely Janis Dunbar
Officer Rosario 856-745-2815

P.S The officer lied he didn't even do a Report they had to find me by camera footage I guess this is fake that he gave me like I'm a nut when he is 24-012833

203-584-4758
deenbarjaniee45 at Gmail

P.S.S. My hospital where I receive medical care was Hacked he put a bottle of Champagne in the package store where I live the Owner it was free to threaten that he knows where I live. Your welcome to scroll my face book all the way back to 2017 like I watched them my book out Reporting comments.

RECEIVED
MAR 28 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
KNB

March 23 2025

My name is Janis Dunbar
there was a package delivered
to 100 Commerce St in Dallas Texas
75242

The postal carrier here said the
courthouse recieved 104 packages
that day. Somebody saw that I
was suing Bishop T.D Jakes and
Stole it trying to help him. God
didnt say take my lawsuit. It
is 3 weeks since March 4th I
called on the 21st All she could
say over and over your package
is not here. Somebody took my
lawsuit out that courthouse!
Pls contact me immediately when
you get this one. No way a package
this big got lost.

Not Happy
Janis Dunbar

They opened my package Bishop
she got you. God said, "Steal it".
NO GOD DIDNT!

UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

PRIORITY MAIL
FLAT RATE PADDED ENVELOPE
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE. Retail

P

US POSTAGE PAID
$15.40
Origin: 06519
03/25/25
0847190519-2

PRIORITY MAIL®

1 Lb 6.20 Oz
RDC 03

EXPECTED DELIVERY DAY: 03/28/25

C001

SHIP TO:
STE 1452
1100 COMMERCE ST
DALLAS TX 75242-1310

USPS SIGNATURE® TRACKING #

9510 8121 6431 5084 4002 80

EP14PE July 2022
ID: 9.5 x 12.5

FROM:

UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:
Janis Dunbar
19 Edgar St # 1
New Haven, Ct 06519

TO:
The U.S District Courthouse
Northern District of Texas
1100 Commerce St RM 1452
Dallas, Tx
75242-1601

EIVED - 5
R 28 2025

Label 228, December 2023 FOR DOMESTIC AND INTERNATIONAL USE

PRESS FIRMLY TO SEAL

how2recycle.info BAG

VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE

PRESS FIRMLY TO SEAL

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuses may be a violation of federal law.
This package is not for resale. EP14PE © U.S. Postal Service; July 2022; All rights reserved.