UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JANIS L. DUNBAR, § § *Plaintiff*, § § v. § § THOMAS DEXTER JAKES, SR. and § SARAH JAKES ROBERTS § § *Defendants*. § | Civil Action No. 3:25-CV-0764-X-BT |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 7). Plaintiff Janis L. Dunbar filed an objection. (Doc. 8). The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 5th day of June, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE